Matter of Kernan (2026 NY Slip Op 01703)

Matter of Kernan

2026 NY Slip Op 01703

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, MONTOUR, AND HANNAH JJ. (Filed Feb. 19, 2026.)

&em;

[*1]MATTER OF JAMES MATTHEW KERNAN, AN ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, PETITIONER.

MEMORANDUM AND ORDER
Order of suspension entered pursuant to 22 NYCRR 1240.9 (a). Per Curiam Opinion: